No. 00–477.  RANGEL VELAZQUEZ ET AL. *v.* UNITED STATES. C. A. 10th Cir.  Certiorari denied.

No. 00–481.  BATES *v.* TEXAS.  Ct. App. Tex., 6th Dist.  Certiorari denied.

No. 00–488.  MUSIC SQUARE CHURCH *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 00–495.  ALDERETTE *v.* ROE, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 00–501.  LITWAK *v.* OSCAR PRODUCTIONS, INC., ET AL. C. A. 9th Cir.  Certiorari denied.

No. 00–503.  JATOI *v.* GUARANTY FEDERAL BANK, F. S. B. C. A. 5th Cir.  Certiorari denied.

No. 00–508.  LINCOLN LOAN CO. *v.* CITY OF PORTLAND ET AL. Ct. App. Ore.  Certiorari denied.

No. 00–510.  SMITH *v.* OREGON STATE DEPARTMENT OF REVENUE ET AL.  Sup. Ct. Ore.  Certiorari denied.

No. 00–518.  BICKFORD ET AL. *v.* ANCHORAGE SCHOOL DISTRICT.  C. A. 9th Cir.  Certiorari denied.

No. 00–532.  GRIGSON *v.* CREATIVE ARTISTS AGENCY ET AL. C. A. 5th Cir.  Certiorari denied.

No. 00–533.  HUBERTY *v.* SOETEBER ET AL.  C. A. 9th Cir. Certiorari denied.

No. 00–536.  HOLBROOK *v.* LOBDELL-EMERY MANUFACTURING Co.  C. A. 7th Cir.  Certiorari denied.

No. 00–541.  PERKIN-ELMER CORP. *v.* TA INSTRUMENTS, INC. C. A. Fed. Cir.  Certiorari denied.

No. 00–552.  GARDNER *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir.  Certiorari denied.

No. 00–564.  THOMAS ET AL. *v.* DICKEL ET AL.  C. A. 8th Cir. Certiorari denied.